United States District Court
Southern District of Texas
**ENTERED**
September 28, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PATRICK POLK, (TDCJ # 02327206), | § | |
| *Plaintiff,* | § | |
| vs. | § | CIVIL ACTION NO. H-26-5717 |
| MARTIN FERGUSON, *et al.*, | § | |
| *Defendants.* | § | |

## MEMORANDUM OPINION AND ORDER

State inmate Patrick Polk, (TDCJ # 02327206), proceeding *pro se* and *in forma pauperis*, filed a civil-rights action under 42 U.S.C. § 1983 against multiple TDCJ officials. (Dkt. 1). On August 7, 2026, the Court struck Polk's complaint because it improperly combined multiple claims against multiple defendants based on multiple incidents into a single action. (Dkt. 7). The Court granted Polk leave to file an amended complaint within thirty days of the Order, and it warned him that failing to file an amended complaint within the time permitted would result in the Court dismissing his action without further notice under Federal Rule of Civil Procedure 41(b). (*Id.* at 4–5).

Polk has failed to file an amended complaint, and his time to do so has now expired. His failure to pursue this action forces the Court to conclude that he lacks

due diligence. Therefore, under the inherent powers necessarily vested in a court to manage its own affairs, the Court determines that dismissal for want of prosecution is appropriate. *See* FED. R. CIV. P. 41(b); *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998) (noting that a district court may *sua sponte* dismiss an action for failure to prosecute or to comply with any court order).

Accordingly, the Court **ORDERS** as follows:

1. Polk's civil-rights action under 42 U.S.C. § 1983, (Dkt. 1), is **DISMISSED without prejudice** for want of prosecution.

2. Any pending motions are **DENIED as moot**.

3. Polk is advised that upon a showing of good cause for failing to comply with the Court's August 7 Order, relief from this Order may be granted under Federal Rule of Civil Procedure 60(b). Any motion under Rule 60(b) must be accompanied by an amended complaint that complies with the Rules of Civil Procedure.

The Clerk will provide a copy of this Order to the plaintiff.

SIGNED at Houston, Texas on Sept 28, 2026.

David Hittner
DAVID HITTNER
UNITED STATES DISTRICT JUDGE